*Andrew J. Ryan Jr., Solicitor-General, Sylvan A. Garfunkel, Herman W. Coolidge,* contra.

### 32867. MILLS *v.* THE STATE.

MacINTYRE, P. J. 1. The special grounds of the amended motion for a new trial are the same as those in *Huff* v. *State,* ante 461, and the rulings there are adverse to the contentions of the plaintiff in error in this case.

2. The jury was authorized to find that the defendant made a free and voluntary confession and that the same was corroborated by proof of the corpus delicti. *Miller* v. *State,* 60 *Ga. App.* 682 (2) (4 S. E. 2d, 729).

3. The evidence authorized the verdict and the court did not err in overruling the motion for a new trial.

> *Judgment affirmed. Gardner and Townsend, JJ., concur.*
> DECIDED APRIL 21, 1950.